UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

ROBERT Z. WHIPPLE III,                      )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )         No.:   3:21-CV-208-TAV-DCP
                                            )
NURSE JESSICA,                              )
EDITH HACKER,                               )
MICHELLE SPURLOCK,                          )
SHAWN DAVIS,                                )
JAMIE MOSLEY,                               )
DAVID JOLLEY, and                           )
LAUREL COUNTY,                              )
                                            )
            Defendants.                     )

**JUDGMENT ORDER**

For the reasons set forth in the memorandum opinion and order filed today:

1.    Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 7] is
      **GRANTED**;

2.    Plaintiff is **ASSESSED** the civil filing fee of $350.00;

3.    The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit
      the filing fee to the Clerk in the manner set for above;

4.    The Clerk is **DIRECTED** to mail a copy of this memorandum opinion and
      order to the custodian of inmate accounts at the institution where Plaintiff is
      now confined and to the Court's financial deputy;

5.    Plaintiff has failed to state a claim against Defendant Jolley, and he is
      **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A; and

6. The Clerk is **DIRECTED** to transfer this action to the Eastern District of Kentucky and **CLOSE** this Court's file.

**IT IS SO ORDERED.**


s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE



ENTERED AS A JUDGMENT

LeAnna R. Wilson
CLERK OF COURT